UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61425-CIV-ZLOCH

GLENDRICK LOMAX,

    Petitioner,

vs.                                **O R D E R**

WALTER A. MCNEIL,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 14) filed herein by United States Magistrate Judge Patrick A. White and Petitioner Glendrick Lomax's Objections To Report Of Magistrate Judge (DE 17). The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Petitioner Glendrick Lomax's Objections To Report Of Magistrate Judge (DE 17) be and the same is hereby **OVERRULED**;

    2. The Report Of Magistrate Judge (DE 14) filed herein by United States Magistrate Judge Patrick A. White be and the same is hereby approved, adopted and ratified by the Court;

    3. Petitioner Glendrick Lomax's Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus be and the same is hereby **DENIED**; and

4. Final Judgment will be entered by separate Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___28th___ day of July, 2008.

                                                      _____
                                                      WILLIAM J. ZLOCH
                                                      United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

All Counsel of Record

Glendrick Lomax, pro se
DC # 182271
Calhoun Correctional Institution
19562 S.E. Institutional Drive
Bountstown, FL 32424

2