UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61425-CIV-ZLOCH

GLENDRICK LOMAX,

    Petitioner,

vs. **FINAL JUDGMENT**

WALTER A. MCNEIL,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report of Magistrate Judge (DE 14) filed herein by United States Magistrate Judge Patrick A. White. For the reasons expressed in this Court's Order adopting said Report, entered separately, and pursuant to Federal Rule of Civil Procedure 58, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Final Judgment be and the same is hereby **ENTERED** in favor of Respondent Walter A. McNeil and against Petitioner Glendrick Lomax upon the Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus (DE 1) filed herein. Petitioner shall take nothing by this action and said Respondent shall go hence without day; and

    2. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __28th__ day of July, 2008.

                                      WILLIAM J. ZLOCH
                                      United States District Judge

Copies furnished:

See Attached Mailing List

GLENDRICK LOMAX VS. WALTER A. MCNEIL,
<u>CASE NO. 07-61425-CIV-ZLOCH</u>

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel Of Record

Glendrick Lomax, <u>pro</u> <u>se</u>
DC # 182271
Calhoun Correctional Institution
19562 S.E. Institutional Drive
Bountstown, FL 32424